UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,      ) | |
| )                              | **RECEIPT FOR PASSPORT** |
| Plaintiff,    ) | (Return) |
| ) | |
| v.            ) | |
| ) | Case No. 3:21-cr-203 |
| Enroy Oneil Duncan   ) | |
| ) | |
| Defendant   ) | |

The Clerk of the United States District Court for the District of North Dakota returned to

USPO       the Passport of the defendant in the above-captioned case.

KARI M. KNUDSON, CLERK
U.S. DISTRICT COURT

Dated:   1/23/24            By:   /s/ Sarah Cook, Deputy Clerk


_____
Signature of defendant or representative

Rev. 9/11