IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENROY ONEIL DUNCAN,<br><br>Defendant. | Case No. 3:21-cr-203<br><br>**ORDER OF FORFEITURE AND MONEY JUDGMENT** |

In the above-entitled Superseding Indictment (Doc. 19), the United States sought forfeiture of property that constituted or was derived from proceeds the defendant obtained directly or indirectly used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense alleged in the Superseding Indictment, namely, Wire Fraud, in violation of Title 18 U.S.C. § 1343.

Pursuant to the Plea Agreement (Doc. 31 ¶ 4) filed on April 11, 2023, wherein Defendant pleaded guilty to Count One, Wire Fraud, in violation of Title 18 U.S.C. § 1343, and by agreement of the defendant and the United States, this Court finds the United States is entitled to a personal money judgment against defendant, Enroy Oneil Duncan, in the amount of $333,390 in United States currency, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

1

It is hereby ORDERED, ADJUDGED and DECREED:

1. The defendant shall abandon and forfeit $333,390 in cash to the United States. Said amount is hereby forfeited to the United States for disposition in accordance with the law.

2. The United States is authorized to conduct discovery in accordance with the Federal Rules of Civil Procedure.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. With respect to the money judgment, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture and Money Judgment to substitute property having a value not to exceed $333,390 to satisfy the money judgment against defendant, Enroy Oneil Duncan, in whole or part.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 23 day of January 2024.

PETER D. WELTE, Chief Judge
United States District Court