OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SUITE 130
655 1ST AVENUE NORTH
FARGO, NORTH DAKOTA 58102-4932

OFFICIAL BUSINESS

FARGO ND 581
7 OCT 2024 PM 1 L

US POSTAGE PITNEY BOWES
ZIP 58102
02 7H
0006180624    $ 000.97⁰
OCT 07 2024

RTS
Return to Sender
Not At this
Address

Enroy Oneil Duncan
The UPS Store #1984
509 S
Orlan[do]

NIXIE       539   DE 1         0010/19/24
            RETURN TO SENDER
              NO SUCH STREET
             UNABLE TO FORWARD

NSS    BC: 58102493230    *2735-06275-07-43